BLANK ROME LLP
*A Pennsylvania LLP*
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Kevin R. Doherty
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
(609) 750-7700
KBruno@BlankRome.Com
*Attorneys for Petitioner Star Reefers Shipowning Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by<br><br>**STAR REEFERS SHIPOWNING INC.,**<br><br>Petitioner,<br><br>In support of legal proceedings pending before the<br><br>**HONORABLE DUBAI COURT OF FIRST INSTANCE** | Case No. M - _____ |

**EX PARTE PETITION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782**

Star Reefers Shipowning Inc. ("Petitioner" or "Star Reefers"), by its attorneys, Blank Rome, LLP, hereby petitions this Court *ex parte* for an Order pursuant to 28 U.S.C. § 1782, directing the issuance of subpoenas, in the forms annexed hereto, for the collection of evidence to be used in the prosecution of a lawsuit currently pending before the Honorable Dubai Court of First Instance in the United Arab Emirates. Specifically,

Star Reefers, which is the plaintiff in the Dubai proceedings, seeks issuance of subpoenas for the production of documents by a New Jersey corporation, Goltens Worldwide Management Corp. ("Goltens Worldwide"), and for the taking of testimony from a New Jersey resident, Mark T. Rutkowski, who is the managing director of Goltens Worldwide.

In support of this Petition, Star Reefers submits herewith the declaration of its Dubai counsel, Khalid Mohamed Abdel Hamed Ahmed of the firm of Ince & Co. Middle East LLP (Dubai Branch), dated December 9, 2012, a Memorandum of Law, and a draft Order.

Petitioner represents that it has not previously sought this relief, and that an opportunity exists for objections, if any, to the subpoenas issued pursuant to this Court's Order, pursuant to the procedures set forth in Fed. R. Civ. P. 45(c).

Dated: December 19, 2012

BLANK ROME LLP

By: _____
Kevin J. Bruno
Kevin R. Doherty
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
Telephone: (609) 750-7700
Facsimile: (609) 750-7701
KBruno@BlankRome.com

*Attorneys for Petitioner*
*Star Reefers Shipowning Inc.*