UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by | : : : | Case No. 2:12-mc-364 (SRC) |
| STAR REEFERS SHIPOWNING, INC. | : : | **ORDER TO SHOW CAUSE** |
| Petitioner, | : : | |
| In support of legal proceedings pending before the | : : : | |
| HONORABLE DUBAI COURT OF FIRST INSTANCE | : : : | |

**CHESLER**, District Judge

Petitioner Star Reefers Shipowning Inc. ("Star Reefers") having served a subpoena, pursuant to 28 U.S.C. § 1782 and by authority of this Court's Order dated December 21, 2012, for collection of documentary evidence for use in proceedings currently pending before the Honorable Dubai Court of First Instance in the United Arab Emirates; and Goltens Worldwide Management Corp. ("Goltens"), a New Jersey corporation, having served Petitioner with Objections to that subpoena; and Star Reefers having moved, pursuant to Federal Rule of Civil Procedure 37, to compel compliance with the subpoena, and having simultaneously applied pursuant to Local Civil Rule 65.1 for an Order to Show Cause setting an expedited briefing schedule and hearing date for the motion to compel; and the Court having reviewed the papers submitted by Star Reefers in support of the motion to compel and the application for Order to Show Cause,

**IT IS** on this 24th day of January, 2013

**ORDERED** that Star Reefers and Goltens appear before this Court on Monday, January 28, 2013, at 10 A.M. for oral argument on the Motion to Compel; and it is further

**ORDERED** that the Court will decide the Motion at oral argument, and no further documentary submissions will be considered by the Court; and it is further

**ORDERED** that the deposition of Mark Rutkowski, originally noticed by subpoena for January 18, 2013, and adjourned by agreement between Star Reefers and Goltens until January 25, 2013, be further adjourned until after disposition of the instant motion to compel document production; and it is further

**ORDERED** that Star Reefers shall personally serve Goltens with a copy of this Order by the close of business on Friday, January 25, 2013.

    s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.