BLANK ROME LLP
*A Pennsylvania LLP*
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Kevin R. Doherty
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
(609) 750-7700
KBruno@BlankRome.com
*Attorneys for Petitioner*
*Star Reefers Shipowning Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by | Case No. 2:12-mc-00364-SRC |
| **STAR REEFERS SHIPOWNING INC.,** | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| Petitioner, | |
| In support of legal proceedings pending before the | |
| **HONORABLE DUBAI COURT OF FIRST INSTANCE** | |

W. CAMERON BEARD, a member of the firm of Blank Rome LLP, counsel for Petitioner Star Reefers Shipowning Inc., having applied for an Order to be admitted *pro hac vice* to this Court, and the Court having considered the application, the accompanying certification of admission and good standing of W. Cameron Beard, the accompanying certification of local counsel, Kevin J. Bruno, Esq., and for good cause shown:

It is on this 28 day of January, 2013 hereby ordered that:

W. CAMERON BEARD is admitted *pro hac vice* for the purposes of participating as counsel for Petitioner Star Reefers Shipowning Inc. during the pendency of this action, including all discovery and trial; and that all papers to be filed with the Court will be signed by an attorney of record admitted to practice in the State of New Jersey, who shall be responsible for them; and that W. CAMERON BEARD shall abide by the provision of the rules governing the Courts of the State of New Jersey, including the disciplinary rules and the rules of this Court, including the provisions of L. Civ. R. 101.1(c) during the time of his *pro hac vice* admission and shall make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to L. Civ. R. 101.1(c)(2), and shall make payment pursuant to L. Civ. R. 101.1(c)(3).

SO ORDERED:

UNITED STATES DISTRICT JUDGE