UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------------X

In the Matter of a Petition for Judicial Assistance   Case No. 12-ML-00364
Pursuant to 28 U.S.C. § 1782 by

**STAR REEFERS SHIPOWNING INC.,**

Petitioner,

In support of legal proceedings pending before the

**HONORABLE DUBAI COURT OF FIRST INSTANCE**
------------------------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION OF MICHAEL H. McGUIRE *PRO HAC VICE*

MICHAEL H. MCGUIRE, a member of Hollyer Brady LLP, counsel for Respondents Goltens Worldwide Management Corp. and Mark T. Rutkowski, having applied for admission to this Court *pro hac vice*, and the Court having considered the application, the accompanying certification of local counsel Orlee Goldfeld, and the certification of admission and good standing of MICHAEL H. MCGUIRE, and for good cause shown,

it is on this ___ day of January 2013, hereby ORDERED that:

MICHAEL H. MCGUIRE is admitted *pro hac vice* for purposes of participating as counsel for Respondents Goltens Worldwide Management Corp. and Mark T. Rutkowski, during the pendency of this action, including all discovery and trial; and that all papers to be filed with the Court will be signed by an attorney of record admitted to practice in the State of New Jersey, who shall be responsible for them; and that MICHAEL H. MCGUIRE shall abide by the provision of the rules governing the Courts of the State of New Jersey, including the disciplinary rules and the rules of this Court, including the provision of Local Civil Rule 101.1(c) during the

time of his admission *pro hac vice*; and shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and to the Clerk of Court pursuant to Local Civil Rule 101.1(c)(3).

SO ORDERED:

_____
U.S.D.J.