UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                            January 28 , 2013
**Judge Chesler**

**COURT REPORTER: KASHMER**                       Docket No <u>**12mc364**</u>

<u>TITLE OF CASE</u>

**STAR REEFERS SHIPOWNING INC.**

<u>**APPEARANCE:**</u>
Kevin Ross Doherty, Esq., pltf
Orlee Goldfeld, Esq., deft.

<u>**NATURE OF PROCEEDINGS:**</u>

Status Conference regarding Emergency motion to compel discovery and for application for OTSC.  Court advised counsel to conduct a conference regarding submissions.  Ordered pro hac vice admission o f W. Cameron Beard, Esq.,  and Michael J. McGuire, Esq.,  granted.  Counsel indicated no agreements can be reached at this time.  Ordered all parties to return on Tuesday, January 29, 2013 at 10:00 a.m. if s settlement of terms can not be reached.

10:00 a.m. to 5:00 p.m.

s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist
