UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

In the Matter of a Petition for Judicial Assistance        Case No. 12-ML-00364
Pursuant to 28 U.S.C. § 1782 by

**STAR REEFERS SHIPOWNING INC.,**

Petitioner,

In support of legal proceedings pending before the

**HONORABLE DUBAI COURT OF FIRST INSTANCE**
-------------------------------------------------------------------X

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Respondents Goltens Worldwide Management Corp. and Mark T. Rudkowski.

Date:   January 27, 2013

                                                 s/ Orlee Goldfeld
                                                 Orlee Goldfeld, Esq.
                                                 171 E. Ridgewood Avenue, Suite 201
                                                 Ridgewood, New Jersey 07450
                                                 Tel: (646) 342-0211
                                                 orleegoldfeld@gmail.com