UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          January 29 , 2013
Judge Chesler

COURT REPORTER: STONE                           Docket No 12mc364

TITLE OF CASE

STAR REEFERS SHIPOWNING INC.

APPEARANCE:
Kevin Ross Doherty, Esq., pltf
Orlee Goldfeld, Esq., deft.

NATURE OF PROCEEDINGS:

Settlement Conference-Counsel placed the terms of the consent agreement on the record.

10:00 a.m. to 10:49 a.m. 50

s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist