# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by<br><br>**STAR REEFERS SHIPOWNING INC.,**<br><br>Petitioner,<br><br>In support of legal proceedings pending before the<br><br>**HONORABLE DUBAI COURT OF FIRST INSTANCE** | Case No. 2:12-mc-00364-SRC |

CONSENT

## ORDER TO SHOW CAUSE

Petitioner Star Reefers Shipowning Inc. having served a subpoena, pursuant to 28 U.S.C. § 1782 and by authority of this Court's Order dated December 21, 2012, for collection of documentary evidence for use in proceedings currently pending before the Honorable Dubai Court of First Instance in the United Arab Emirates, and Respondent Goltens Worldwide Management Corp., a New Jersey corporation, having served Petitioner with Objections to that subpoena, and

Petitioner having moved, pursuant to Fed. R. Civ. P. 37, to compel compliance with the subpoena, and having simultaneously applied pursuant to Local Rule 65.1 for an Order to Show Cause setting an expedited briefing schedule and hearing date

140288.00601/7204200v.1

for the motion to compel, and the parties having appeared before the Court on January 28, 2013 and January 29, 2013, and having indicated that with the Court's assistance they have resolved their differences, it is hereby

**ORDERED**, in accordance with the terms of the parties' agreement, that Respondent Goltens Worldwide Management Corp. produce to Petitioner Star Reefers Shipowning Inc. the documents ~~on the annexed list~~ *on the list agreed between the parties and identified in correspondence between the parties of today's date* on or before March 15, 2013, with documents to be produced on a rolling basis as they become available, and it is further

**ORDERED** that the deposition of Mark Rutkowski, originally noticed by subpoena for January 18, 2013 and adjourned by agreement between Petitioner and Respondent until January 25, 2013, be further adjourned until after March 15, 2013.

*and the Court retains jurisdiction to enforce the ~~matters~~ this Order.*

Dated: January 29, 2013

_____
UNITED STATES DISTRICT JUDGE